# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CREDITORS SPECIALTY SERVICE, INC. | § § § | Case No. 16-20721 BB |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ROSENDO GONZALEZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

UNITED STATES BANKRUPTCY COURT
255 EAST TEMPLE STREET ROOM 100
LOS ANGELES, CA 90012

A telephonic hearing on the Trustee's Final Report and Applications for Compensation will be held at 2:00 PM on August 18, 2021 in Courtroom 1539 of the United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon Trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 06/17/2021        By: /s/ Rosendo Gonzalez
                                                TRUSTEE

*ROSENDO GONZALEZ*
*530 South Hewitt Street*
*Suite 148*
*Los Angeles, CA 90013*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re: § <br> § <br> CREDITORS SPECIALTY SERVICE, § <br> INC. § <br> § <br> Debtor § | Case No. 16-20721 BB |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 496,519.83 |
| and approved disbursements of | $ | 181,239.22 |
| leaving a balance on hand of[1] | $ | 315,280.61 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | INTERNAL REVENUE SERVICE | $ 43,020.07 | $ 43,020.07 | $ 0.00 | $ 0.00 |
| 000023A | SAFE CREDIT UNION | $ 13,054.98 | $ 13,054.98 | $ 13,054.98 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 315,280.61 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROSENDO GONZALEZ | $ 28,075.99 | $ 0.00 | $ 28,075.99 |
| Trustee Expenses: ROSENDO GONZALEZ | $ 620.70 | $ 0.00 | $ 620.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: DAVID SEROR | $ 261,092.00 | $ 0.00 | $ 218,663.10 |
| Attorney for Trustee Expenses: DAVID SEROR | $ 11,356.38 | $ 0.00 | $ 9,510.91 |
| Accountant for Trustee Fees: SLBIGGS, A Division of SingerLewak | $ 18,010.50 | $ 0.00 | $ 15,083.69 |
| Accountant for Trustee Expenses: SLBIGGS, A Division of SingerLewak | $ 279.85 | $ 0.00 | $ 234.37 |
| Charges: UNITED STATES BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |
| Fees: UNITED STATES TRUSTEE | $ 650.00 | $ 0.00 | $ 650.00 |
| Other: INTERNATIONAL EQUITY RESEARCH CORP | $ 2,366.65 | $ 2,366.65 | $ 0.00 |
| Other: LANES MANAGEMENT SERVICES | $ 50,259.26 | $ 0.00 | $ 42,091.85 |
| Other: FRANCHISE TAX BOARD | $ 821.00 | $ 821.00 | $ 0.00 |
| Other: FRANCHISE TAX BOARD | $ 838.00 | $ 838.00 | $ 0.00 |
| Other: FRANCHISE TAX BOARD | $ 829.00 | $ 829.00 | $ 0.00 |
| Other: FRANCHISE TAX BOARD | $ 828.00 | $ 828.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $ 315,280.61

Remaining Balance    $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 464,886.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | INTERNAL REVENUE SERVICE | $ 168,323.44 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | FRANCHISE TAX BOARD | $ 240,555.36 | $ 0.00 | $ 0.00 |
| 000006A | EMPLOYMENT DEVELOPMENT DEPARTMENT | $ 45,653.07 | $ 0.00 | $ 0.00 |
| 000010 | VICKI SWINDELL | $ 635.25 | $ 0.00 | $ 0.00 |
| 000011 | JOEY RAY | $ 2,506.00 | $ 0.00 | $ 0.00 |
| 000012 | TANIA PRICE | $ 2,839.50 | $ 0.00 | $ 0.00 |
| 000013 | LAURI JENNINGS | $ 1,009.25 | $ 0.00 | $ 0.00 |
| 000016 | DIANNA MAYBERRY | $ 3,364.35 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,318,841.78 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | WELLS FARGO FINANCIAL LEASING, INC. | $ 4,876.87 | $ 0.00 | $ 0.00 |
| 000003 | MORAIMA FIEDLER | $ 15,000.00 | $ 0.00 | $ 0.00 |
| 000005 | PROVIDENT CREDIT UNION | $ 8,036,331.05 | $ 0.00 | $ 0.00 |
| 000007 | SILVER STATE CREDIT UNION | $ 66,715.63 | $ 0.00 | $ 0.00 |
| 000008 | CHEVRON FEDERAL CREDIT UNION | $ 5,983,735.00 | $ 0.00 | $ 0.00 |
| 000009 | MATTHEW CALLAHAN; | $ 1,080.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | SAFE 1 CREDIT UNION | $ 786,322.95 | $ 0.00 | $ 0.00 |
| 000015 | SEA WEST COAST GUARD FEDERAL CREDIT | $ 3,257,374.20 | $ 0.00 | $ 0.00 |
| 000017 | AMERICAN LAKE CREDIT UNION | $ 3,500.00 | $ 0.00 | $ 0.00 |
| 000018 | AMERICAN LAKE CREDIT UNION | $ 4,750.00 | $ 0.00 | $ 0.00 |
| 000019 | SOUTHERN CALIFORNIA REAL ESTATE | $ 695.75 | $ 0.00 | $ 0.00 |
| 000020 | NEC FINANCIAL SERVICES | $ 13,468.91 | $ 0.00 | $ 0.00 |
| 000021 | AMERICAN LAKE CREDIT UNION | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 000022 | PRENTIS ALEXANDER | $ 4,700.00 | $ 0.00 | $ 0.00 |
| 000025 | MAX FLEET SERVICE | $ 52,756.00 | $ 0.00 | $ 0.00 |
| 000031 | FRANCHISE TAX BOARD | $ 1,748.59 | $ 0.00 | $ 0.00 |
| 000004B | FRANCHISE TAX BOARD | $ 80,435.65 | $ 0.00 | $ 0.00 |
| 000006B | EMPLOYMENT DEVELOPMENT DEPARTMENT | $ 38,376.53 | $ 0.00 | $ 0.00 |
| 000023B | SAFE CREDIT UNION | $ 961,974.65 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $                0.00

Remaining Balance        $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,075,731.66 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | CONSTRUCTION 911 INC | $ 14,103.70 | $ 0.00 | $ 0.00 |
| 000026 | NATALIE ANN GIBBS | $ 4,830.04 | $ 0.00 | $ 0.00 |
| 000027 | MIKHAEIL ROUEL CORPORATION INC. | $ 1,017.72 | $ 0.00 | $ 0.00 |
| 000028 | IV MED SERVICES | $ 1,043,119.20 | $ 0.00 | $ 0.00 |
| 000029 | KEITH BENSON & ASSOCIATES | $ 9,860.00 | $ 0.00 | $ 0.00 |
| 000030 | CARMELITA PONPUNGAN | $ 2,801.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Rosendo Gonzalez
TRUSTEE

ROSENDO GONZALEZ
530 South Hewitt Street
Suite 148
Los Angeles, CA 90013

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.